**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01382-CV

### STEVEN E. BROWN, Appellant

### V.

### BANK OF AMERICA, N.A., Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02170**

## ORDER

We **GRANT** appellant's April 26, 2013 motion for an extension of time to file a reply

brief. Appellant shall file his reply brief on or before Monday, June 3, 2013.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE